UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
an Individual,

        Plaintiff,

v.

JAMES CHRISTOPHER KELLY,
an Individual, d/b/a TRUSTY QUOTE
INSURANCE SERVICES, d/b/a LEADZER;
JOEL VASQUEZ,
an individual; and
UNITED OF OMAHA LIFE INSURANCE
COMPANY,
a Nebraska corporation;

        Defendants.

CASE NO: 2:23-cv-10257

Hon. Linda V. Parker

---

| | |
|---|---|
| Mark W. Dobronski<br>*In Pro Per*<br>PO Box 85547<br>Westland, MI  48185-0547<br>(734) 330-9671<br>markdobronski@yahoo.com | D. Peter Valiotis (P68499)<br>Clark Hill PLC<br>Attorneys for United of Omaha Life<br>Insurance Company<br>500 Woodward Ave., Ste. 3500<br>Detroit, MI  48226<br>(313) 965-8300<br>pvaliotis@clarkhill.com |

---

**STIPULATED ORDER EXTENDING TIME FOR DEFENDANT UNITED OF OMAHA LIFE INSURANCE COMPANY TO ANSWER OR <u>OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT</u>**

      This matter is before the Court on the Stipulation of Plaintiff and Defendant

United of Omaha Life Insurance Company ("United"), as reflected by the signatures

of Plaintiff and counsel for United below, and the Court being otherwise fully advised in the premises;

NOW THEREFORE, IT IS HEREBY ORDERED that the deadline by which United may file an answer or take any other action in response to Plaintiff's Complaint as permitted by the Federal Rules of Civil Procedure is extended to March 28, 2023.

**SO ORDERED.**

                                                s/ Linda V. Parker
                                                LINDA V. PARKER
                                                U.S. DISTRICT JUDGE

Dated: February 28, 2023

STIPULATED:

| /s/Mark W. Dobronski (w/permission) | /s/D. Peter Valiotis |
|---|---|
| Mark W. Dobronski | D. Peter Valiotis (P68499) |
| *In Pro Per* Plaintiff | Clark Hill PLC |
| | Attorneys for Defendant United of Omaha Life Insurance Company |

Dated:  February 28, 2023