UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Mark W. Dobronski,

        Plaintiff(s),

v.

James Christopher Kelly, et al.,

        Defendant(s).

Case No. 2:23−cv−10257−LVP−CI
Hon. Linda V. Parker

## CLERK'S ENTRY OF DEFAULT

Party in Default:  James Christopher Kelly

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

KINIKIA D. ESSIX, CLERK OF COURT

By: s/ D. Peruski
Deputy Clerk

Dated:  January 18, 2024