UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK DOBRONSKI,

          Plaintiff,

Case No. 23-cv-10257
Hon. Linda Parker
Magistrate Judge Curtis Ivy, Jr.

-vs-

JAMES CHRISTOPHER KELLY, et al,

          Defendants.

---

**STIPLULATED ORDER OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS**

The matter is before the Court on the stipulation of the parties as evidenced by the signature of their respective counsel,[1] below. The parties have reached a settlement. The Court has read the parties' stipulation, finds good cause for the entry of this order, and is otherwise fully advised in the premises.

IT IS HEREBY ORDERED that this matter is ***Dismissed without Prejudice*** and without fees or costs as to any Party.

IT IS FURTHER ORDERED that the Court retains jurisdiction to enforce

1

the terms of the parties' settlement.

**SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: December 4, 2024

**~So stipulated**

| **Federal Pro Se Legal Assistance Clinic** | **Mark W. Dobronski** |
|---|---|
| By: /s/Barbara A. Patek | *By:/S/Mark W. Dobronski* |
| Barbara A. Patek (P34666) | Mark W. Dobronski (Pro Se) |
| In her Capacity as Director, | Post Office Box 99 |
| Federal Pro Se Legal Assistance Clinic for *Pro Se* Plaintiff (per limited appearance) | Dexter, MI 48130 |
| Tel: 313-300-4394 | 734-641-2300 |
| Email: proseclinic@udmercy.edu | Email: Markdobronski@yahoo.com |